**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States Commodity Futures Trading Commission,<br><br>    Plaintiff,<br><br>vs.<br><br>Helmut H. Weber,<br><br>    Defendant. | No. CV10-534-PHX-DGC<br><br>**ORDER** |

Plaintiff has filed a motion for this Court to enter a final judgment by default against Defendant Helmut H. Weber d/b/a/ Weber Capital Management. Doc. 17. The Certificate of Service ("Certificate") attached to the motion fails to state the date on which the motion was served on Defendant and the address at which it was served. Doc. 17 at 19. In previous filings, including the Motion for Clerk's Entry of Default (Doc. 13) and Plaintiff's Status Report (Doc. 16), Plaintiff has served Defendant by mail at the following address: Helmut Weber, 10904 East Acoma Drive, Scottsdale, AZ 85255. Docs. 13, 16. Similar service does not appear to have been made for the present motion. Accordingly, Plaintiff shall have **10 days** from the date of this order to cure the defective Certificate or show why the Certificate is not defective under applicable law.

1   **IT IS ORDERED** that, within **10 days** of this order, Plaintiff file the valid Certificate
2   of Service for this motion or file a memorandum showing why the present certificate is valid.
3   DATED this 6th day of October, 2010.

*David G. Campbell*
David G. Campbell
United States District Judge